<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 97-6842**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FREDDY PRATS,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, District Judge.  (CR-82-43-BR, CA-97-148-5-1-BR)

─────────

Submitted:  December 11, 1997      Decided:  December 24, 1997

─────────

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Freddy Prats, Appellant Pro Se.  Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Prats, Nos. CR-82-43-BR; CA-97-148-5-1-BR (E.D.N.C. May 28, 1997). We deny Appellant's motion to direct the district court to provide him with trial transcripts. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED